BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN D. CALHOUN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>　　　　　Defendant. | Case No. CIV-09-3075 DAD<br><br>**STIPULATION; ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from August 24, 2010, to October 12, 2010. This extension is required due to Plaintiff's counsel's impacted briefing and need to file[1]

/ / / / /

---

[1] The proposed order submitted to the undersigned for signature includes a stipulation that ends in mid-sentence, as shown supra. Plaintiff's counsel may have intended to offer further justification for the requested extension of time. In the order filed in this case on June 16, 2010, the court granted plaintiff's request for an extension of time to August 24, 2010, but indicated that "[t]he court does not anticipate granting a further extension of time for the filing of plaintiff's motion in this case based solely on 'counsel's impacted briefing schedule.'" (Doc. No. 16 at 2.)

1

| | |
|---|---|
| Dated: August 23, 2010 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: August 23, 2010 | Benjamin B. Wagner<br>United States Attorney |
| | */s/Kathryn Watson*<br>KATHRYN WATSON<br>Special Assistant U.S. Attorney |
| | Attorney for Defendant |

**ORDER**

IT IS ORDERED that counsel is granted a final extension of time to October 12, 2010, in which to file plaintiff's motion for summary judgment. Failure to comply with this order may result in dismissal of this action for lack of prosecution. See Local Rule 110.

DATED: August 25, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\calhoun3075.pmsj.ext2

2