1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8928
      Facsimile:  (415) 744-0134
7     E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN D. CALHOUN, | Case No. 09-cv-3075-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 30 days from November 19, 2010 to December 19, 2010.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

//
//
//
//
//

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: November 17, 2010  */s/ Bess M. Brewer*
(As authorized via email)
BESS M. BREWER
Attorney for Plaintiff

Dated: November 19, 2010  BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Kathryn R. Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney
Social Security Administration

## ORDER

Pursuant to the parties' stipulation, defendant's time for responding to plaintiff's motion for summary judgment will be extended. Defendant's response shall be filed on or before December 20, 2010.

**IT IS SO ORDERED.**

DATED: November 19, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\calhoun3075.eot.css